UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHENZHEN HUAIZHEN INNOVATION INVESTMENT FUND PARTNERSHIP (LIMITED PARTNERSHIP),<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN KELIN WAN,<br><br>    Defendant. | Case No. 2:21-cv-02021-CSB-EIL<br><br>Hon. Colin S. Bruce |

## NOTICE OF ENTRY OF DEFAULT

PLEASE TAKE NOTICE that on May 17, 2021, the Court granted Plaintiff Shenzhen Huaizhen Innovation Investment Fund Partnership (Limited Partnership)'s ("Huaizhen") request for entry of the default of defendant Kevin Kelin Wan ("Wan"), and directed the Clerk to enter Wan's default in the above-captioned proceeding. The Clerk thereupon entered Wan's default. The Court further directed Huaizhen to file a motion for default judgment within twenty-one days.

Dated: June 5, 2021

                                              **MAZZOLA LINDSTROM LLP**

                                              By: /s/ Laura D. Castner
                                              Laura D. Castner
                                              1999 Avenue of the Stars, Suite 1100
                                              Los Angeles, CA 90067
                                              Phone: 310.694.8585
                                              Laura@mazzolalindstrom.com

Jean-Claude Mazzola (*admission forthcoming*)
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Phone: 646.216.8440
jeanclaude@mazzolalindstrom.com

Emma Smoler
Smoler Law Office, P.C.
22 West Washington Street, Suite 1500
Chicago, IL 60602
Telephone: 312.332.9800
Facsimile: 312.332.9801
esmoler@smolerlaw.com

*Attorneys for Plaintiff Shenzhen Huaizhen Innovation Investment Fund Partnership (Limited Partnership)*

4812-5914-7757, v. 1

| From: | ECF_Returns@ilcd.uscourts.gov |
|---|---|
| To: | ECF_Notices@ilcd.uscourts.gov |
| Subject: | Activity in Case 2:21-cv-02021-CSB-EIL Shenzhen Huaizhen Innovation Investment Fund Partnership v. Wan Order on Motion for Entry of Default |
| Date: | Monday, May 17, 2021 2:53:40 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

# CENTRAL DISTRICT OF ILLINOIS

## Notice of Electronic Filing

The following transaction was entered on 5/17/2021 at 1:52 PM CDT and filed on 5/17/2021
**Case Name:** Shenzhen Huaizhen Innovation Investment Fund Partnership v. Wan
**Case Number:** 2:21-cv-02021-CSB-EIL
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER entered by Magistrate Judge Eric I. Long on 5/17/2021. Plaintiff's Motion for Entry of Default [4] is GRANTED. The Court directs the Clerk to make an entry of default against Defendant. Plaintiff's deadline to file a Motion for Default Judgment is 21 days. (JMB)**


**2:21-cv-02021-CSB-EIL Notice has been electronically mailed to:**

Emma L Smoler    esmoler@smolerlaw.com

Laura Diane Castner    laura@mazzolalindstrom.com

**2:21-cv-02021-CSB-EIL Notice has been delivered by other means to:**

Jean-Claude Mazzola
MAZZOLA LINDSTROM LLP
2nd Floor
1350 Avenue of the Americans
New York, NY 10019

| From: | ECF_Returns@ilcd.uscourts.gov |
|---|---|
| To: | ECF_Notices@ilcd.uscourts.gov |
| Subject: | Activity in Case 2:21-cv-02021-CSB-EIL Shenzhen Huaizhen Innovation Investment Fund Partnership v. Wan Entry of Default |
| Date: | Monday, May 17, 2021 2:56:40 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

CENTRAL DISTRICT OF ILLINOIS

## Notice of Electronic Filing

The following transaction was entered on 5/17/2021 at 1:55 PM CDT and filed on 5/17/2021
**Case Name:** Shenzhen Huaizhen Innovation Investment Fund Partnership v. Wan
**Case Number:** [2:21-cv-02021-CSB-EIL](#)
**Filer:** Kevin Kelin Wan
**Document Number:** No document attached

**Docket Text:**
**ENTRY OF DEFAULT as to Kevin Kelin Wan Entered by the Clerk on 5/17/2021. (JMB)**


**2:21-cv-02021-CSB-EIL Notice has been electronically mailed to:**

Emma L Smoler    esmoler@smolerlaw.com

Laura Diane Castner    laura@mazzolalindstrom.com

**2:21-cv-02021-CSB-EIL Notice has been delivered by other means to:**

Jean-Claude Mazzola
MAZZOLA LINDSTROM LLP
2nd Floor
1350 Avenue of the Americans
New York, NY 10019

4

4812-5914-7757, v. 1

# CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2021, I caused the foregoing Notice of Entry of Default to be served via First Class Mail/Postage Paid upon defendant Kevin Kelin Wan, as follows:

Kevin Kelin Wan
2501 Prairieridge Place
Champaign, IL 61822

Dated: June 7, 2021　　　　　　　　　**MAZZOLA LINDSTROM LLP**

By: /s/ Laura D. Castner
Laura D. Castner
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Phone: 310.694.8585
Laura@mazzolalindstrom.com

Jean-Claude Mazzola (*admission forthcoming*)
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Phone: 646.216.8440
jeanclaude@mazzolalindstrom.com

Emma Smoler
Smoler Law Office, P.C.
22 West Washington Street, Suite 1500
Chicago, IL 60602
Telephone: 312.332.9800
Facsimile: 312.332.9801
esmoler@smolerlaw.com

*Attorneys for Plaintiff Shenzhen Huaizhen Innovation Investment Fund Partnership (Limited Partnership)*