E-FILED
Tuesday, 08 June, 2021  12:26:53 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT C

# Directory

**SCIA Arbitration Rules** ·················································· **1**

# SCIA Arbitration Rules

(Adopted by the Second Council of SCIA at its seventh meeting, effective as from February 21, 2019. Amended by the Second Council of SCIA at its fourteenth meeting, such amendments shall take effect from October 1, 2020.)

# Shenzhen Court of International Arbitration Arbitration Rules

## CONTENTS

**CHAPTER I  GENERAL PROVISIONS**

| | | |
|---|---|---|
| Article 1 | Arbitration Institution | 6 |
| Article 2 | Jurisdiction | 6 |
| Article 3 | Scope of Application | 7 |
| Article 4 | Place of Arbitration | 8 |
| Article 5 | Language of Arbitration | 9 |
| Article 6 | Service | 10 |
| Article 7 | Bona Fide Cooperation | 11 |

**CHAPTER II  ARBITRATION AGREEMENT AND JURISDICTION**

| | | |
|---|---|---|
| Article 8 | Arbitration Agreements | 12 |
| Article 9 | Independence of Arbitration Agreements | 13 |
| Article 10 | Objection to Jurisdiction and Decision on Jurisdiction | 13 |

**CHAPTER III  COMMENCEMENT OF ARBITRATION PROCEEDINGS**

| | | |
|---|---|---|
| Article 11 | Request for Arbitration | 14 |
| Article 12 | Acceptance of a Case | 15 |
| Article 13 | Notice of Arbitration | 15 |
| Article 14 | Statement of Defence | 15 |
| Article 15 | Counterclaim | 16 |
| Article 16 | Amendments to the Claim or Counterclaim | 17 |

Article 17        Single Arbitration on Multiple Contracts        17
Article 18        Consolidation of Arbitrations                    18
Article 19        Concurrent Hearings                              18
Article 20        Joinder of Additional Parties                    19
Article 21        Claim between Multiple Parties                    19
Article 22        Advance Payment of Arbitration Fees and Costs    20
Article 23        Submission of Documents                          20
Article 24        Representatives                                   20


**CHAPTER IV  INTERIM MEASURES**
Article 25        Preservation                                     21
Article 26        Emergency Arbitrator                             22


**CHAPTER V  ARBITRAL TRIBUNAL**
Article 27        Independence and Impartiality                    24
Article 28        Application of the Panel of Arbitrators          24
Article 29        Number of Arbitrators and Composition of
                  Arbitral Tribunal                                24
Article 30        Arbitral Tribunal of Three Arbitrators           25
Article 31        Sole Arbitrator                                  27
Article 32        Disclosure by Arbitrators                        27
Article 33        Challenge of Arbitrators                         28
Article 34        Replacement of Arbitrators                       29
Article 35        Continuation of Arbitration by Majority
                  Arbitrators                                      30


**CHAPTER VI  HEARINGS**
Article 36        Conduct of Hearing Proceedings                   30
Article 37        Notice of Hearing                                31
Article 38        Place of Hearing                                 32
Article 39        Default                                          33

Article 40    Declaration at the Hearing                        33
Article 41    Record of Hearing                                 33
Article 42    Evidence                                          34
Article 43    Examination of Evidence                           35
Article 44    Investigation by the Arbitral Tribunal            36
Article 45    Expert Report                                     36
Article 46    Suspension of the Arbitration Proceedings         37
Article 47    Withdrawal and Dismissal                          37

**CHAPTER VII  MEDIATION AND SETTLEMENT**
Article 48    Mediation by the Arbitral Tribunal                38
Article 49    Settlement, Mediation and Negotiation
              Facilitation                                      39

**CHAPTER VIII  ARBITRAL AWARD**
Article 50    Time-limit for the Award                          40
Article 51    Rendering of Arbitral Award                       41
Article 52    Partial Award                                     43
Article 53    Scrutiny of the Draft Award                       43
Article 54    Correction of the Award and Additional Award      44
Article 55    Re-arbitration                                    44

**CHAPTER IX  EXPEDITED PROCEDURE**
Article 56    Application                                       45
Article 57    Defence and Counterclaim                          46
Article 58    Formation of Arbitral Tribunal                    46
Article 59    Conduct of Hearing Proceedings                    46
Article 60    Notice of Hearings                                46
Article 61    Change of Procedure                               47
Article 62    Other Provisions                                  48

## CHAPTER X  MISCELLANEOUS

| Article 63 | Arbitration Fees and Costs | 48 |
| Article 64 | Allocation of Fees | 49 |
| Article 65 | Calculation of Time-limits | 50 |
| Article 66 | Confidentiality | 51 |
| Article 67 | Application of Information Technology | 51 |
| Article 68 | Optional Appellate Arbitration Procedure | 51 |
| Article 69 | Waiver of Objection | 52 |
| Article 70 | Limitation of Liability | 52 |
| Article 71 | Interpretation of the Rules | 52 |
| Article 72 | Coming into Force | 53 |

**Appendix: Schedule of Fees and Costs of Arbitration**     **54**

amendment to the claim or by the filing of a counterclaim after the formation of the arbitral tribunal.

**Article 62  Other Provisions**

The relevant provisions in the other Chapters of the Rules shall apply to matters not covered in this Chapter.

## CHAPTER X  MISCELLANEOUS

**Article 63  Arbitration Fees and Costs**

1.  The parties shall pay the arbitration fees and costs in advance to the SCIA in accordance with the "Schedule of Fees and Costs of Arbitration" stipulated by the SCIA.

2.  Where the parties agree to apply other arbitration rules, the SCIA may charge in accordance with the schedule of fees and costs of arbitration stipulated by such other arbitration rules. If such other arbitration rules lack such a schedule, the Schedule of Fees and Costs of Arbitration adopted by the SCIA shall apply.

3.  During the course of the arbitration proceedings, where the parties fail to pay in advance the relevant fees and costs as required, the SCIA shall so inform the parties in order that one or another of them may make the required payment. If such payment is not made, the SCIA may order the suspension of the arbitration proceedings, or regard such as the total withdrawal of the claims or counter-claims of the parties.

4.  The Schedule of Fees and Costs of Arbitration which is attached

hereto forms an integral part of the Rules.

**Article 64  Allocation of Fees**

1. The arbitral tribunal has the power to determine in the arbitral award the arbitration fees and other expenses to be borne by the parties. Such fees and other expenses include fees and actual expenses payable under the Schedule of Fees and Costs of Arbitration, and the reasonable legal fees and other expenses incurred by the parties for conducting the arbitration.

2. Unless otherwise agreed by the parties or stipulated in the Rules, the arbitration fees and costs shall in principle be borne by the losing party. Notwithstanding the foregoing, the arbitral tribunal may decide to assign the arbitration fees and costs among the parties according to the proportions it deems appropriate for the circumstances. If the parties reach a settlement either on their own initiative or as a result of mediation by the arbitral tribunal, the parties may reach an agreement upon the payment of such fees and costs.

3. In case of any breach of the Rules or failure to carry out the arbitral tribunal's decisions by any party which causes delay in the arbitration proceedings, the allocation of arbitration fees and costs to such party shall not be subject to the provisions under the preceding paragraph. Where other costs are incurred or increased due to delay in the arbitration proceedings, such party shall also bear the costs so incurred or increased.

4. The arbitral tribunal shall, at the request of a party, have the power to determine in the arbitral award that the losing party bears the

reasonable costs and expenses of the successful party incurred in relation to the arbitration proceedings, including but not limited to the attorney's fees, the costs of preservation measures, travel and accommodation expenses, notarial fees and witness expenses. While determining the amount of these costs and expenses, the arbitral tribunal shall take into account the outcome and complexity of the case, the actual workload of the parties or their representatives, the amount in dispute and any other relevant factors.

### Article 65  Calculation of Time–limits

1. Periods of time specified in or fixed under the Rules shall start to run on the day following the date a notification or communication is deemed to have been made.

2. When the day next following such date is a public holiday, or a non-business day in the country where the notification or communication is deemed to have been made, the period of time shall commence on the first following business day. Public holidays and non-business days within the period concerned are included in the calculation of the period of time. If the last day of the relevant period of time is a public holiday or a non-business day, the period of time shall expire at the end of the first following business day.

3. If a party breaches a time-limit because of force majeure events or other justifiable reasons, it shall inform the SCIA within a reasonable time period and may apply for an extension of time within ten(10) days after such reasons no longer exist. The arbitral tribunal shall decide on the request. Where the arbitral tribunal has