# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| SHENZHEN HUAIZHEN INNOVATION INVESTMENT FUND PARTNERSHIP (LIMITED PARTNERSHIP), <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN KELIN WAN, <br><br> Defendant. | Case No. 2:21-cv-02021-CSB-EIL <br><br> Hon. Colin S. Bruce <br><br> Magistrate Judge Eric I. Long |

**DECLARATION OF LAURA D. CASTNER IN SUPPORT OF PLAINTIFF'S MOTION PURSUANT TO FRCP 54(b) FOR THIS COURT TO RECONSIDER AND SET ASIDE ITS ORDER, DATED JUNE 29, 2021, VACATING DEFENDANT'S DEFAULT**

I, Laura D. Castner, declare and state as follows:

1. I am an attorney with Mazzola Lindstrom LLP, counsel for plaintiff Shenzhen Huaizhen Innovation Investment Fund Partnership (Limited Partnership) ("Plaintiff" or "Huaizhen"). I am licensed to practice law in California, New York and New Jersey, and admitted to practice before this Court in these proceedings. I have personal knowledge of the facts stated herein and if called upon, could and would competently testify thereto. I submit this declaration in support of Plaintiff's motion for this Court to reconsider and set aside its Order, dated June 29, 2021, vacating the default of defendant Keven Kelin Wan ("Defendant" or "Wan").

2. Annexed hereto as Exhibit A is a true and correct copy of a report of the expert opinion of Bo Lin, an attorney at law practicing with the China-based law firm, Beijing Deheng

(Shenzhen) Law Firm. Mr. Lin's report in Chinese is accompanied by a certified English translation thereof.

3. Annexed hereto as Exhibit B are true and correct copies of the following attachments to Mr. Lin's opinion: (i) Appendix I, Mr. Lin's resume listing his experience and education, in Chinese with a certified English translation thereof; (ii) Appendix II, a statement as to Mr. Lin's independence and impartiality, in Chinese with a certified English translation thereof; (iii) Appendix III, consisting of a list of documents from the arbitration between Huaizhen and Wan, and from this litigation, that Mr. Lin reviewed and relied upon for his opinion, including Chinese source documents with certified English translations thereof; (iv) Appendix IV, consisting of three Chinese court opinions that Mr. Lin reviewed and discussed in his report, and which support his conclusions; and (v) Appendix V, consisting of relevant Chinese laws and arbitration rules which Mr. Lin reviewed and analyzed in providing the opinions stated in his report, in English where available, and otherwise in Chinese with certified English translations thereof.

I hereby state under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of July, 2021, at Redondo Beach, California.

*/s/ Laura D. Castner*
LAURA D. CASTNER

## CERTIFICATE OF SERVICE

    I hereby certify that on July 13, 2021, the foregoing document was filed with the Clerk of the Court using the CM/ECF system.  Notice will be sent to all counsel of record and/or parties by operation of the Court's electronic case filing system.  Parties may access this through the Court's electronic case filing system.

    By: */s/ Laura D. Castner*
Laura D. Castner
MAZZOLA LINDSTROM LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Phone: 310.694.8585
laura@mazzolalindstrom.com