UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHENZHEN HUAIZHEN INNOVATION INVESTMENT FUND PARTNERSHIP (LIMITED PARTNERSHIP),<br><br>        Plaintiff,<br><br>v.<br><br>KEVIN KELIN WAN,<br><br>        Defendant. | Case No. 2:21-cv-02021-CSB-EIL<br><br><br>Hon. Colin S. Bruce<br><br>Magistrate Judge Eric I. Long |

### **[PROPOSED] ORDER**

This cause came before the Court on Plaintiff Shenzhen Huaizhen Innovation Investment Fund Partnership (Limited Partnership)'s ("Huaizhen") Motion for Reconsideration of the Court's June 29, 2021 Order vacating the default of Defendant Kevin Kelin Wan, and denying Huaizhen's motion for entry of default judgment. Pursuant to Federal Rule of Civil Procedure 54(b) the Court has reviewed the file and the papers submitted in support of Plaintiff's Motion for Reconsideration, and good cause appearing therefor, orders as follows:

A. The order of June 29, 2021 vacating Wan's default and denying Huaizhen's Motion for Entry of Default Judgment is hereby vacated;

B. Wan's default is re-entered on the docket as of May 17, 2021;

C. Wan's Answer to the Complaint is stricken;

D. Huaizhen's Motion for Entry of Default Judgment is restored to the Court's calendar.

**DATED:** _____, 2021

**FOR THE COURT:**

_____
COLIN S. BRUCE
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 13, 2021, the foregoing document was filed with the Clerk of the Court using the CM/ECF system.  Notice will be sent to all counsel of record and/or parties by operation of the Court's electronic case filing system.  Parties may access this through the Court's electronic case filing system.

      By: */s/ Laura D. Castner*
Laura D. Castner
MAZZOLA LINDSTROM LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Phone: 310.694.8585
laura@mazzolalindstrom.com